[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-14225
Non-Argument Calendar

_____

D.C. Docket No. 6:17-cr-00215-CEM-DCI-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DAVID HARDMAN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(September 20, 2019)

Before MARTIN, NEWSOM, and GRANT, Circuit Judges.

PER CURIAM:

Aliza Hochman Bloom, an Assistant Federal Defender and appointed counsel for David Bruce Hardman in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  In response, Hardman moved for leave to dismiss his counsel and proceed pro se on appeal.  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, Hardman's convictions and sentences are **AFFIRMED**, and Hardman's motion is **DENIED AS MOOT**.